IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LĀNA'I RESORTS, LLC, a Hawai'i limited liability company, dba PŪLAMA LĀNA'I,<br><br>Plaintiff(s),<br><br>vs.<br><br>MARIS COLLECTIVE, INC., a California Corporation, MARIS COLLECTIVE PROPERTIES, LLC, a Delaware limited liability company,<br><br>Defendant(s). | CV 21-00401 HG-KJM |

ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MARIS COLLECTIVE PROPERTIES, LLC (ECF NO. 26)

The Magistrate Judge's Amended Findings and Recommendation (ECF No. 26) having been filed and served on all parties on July 13, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Amended Findings and Recommendation to Deny

//

//

//

//

Plaintiff's Motion For Default Judgment Against Defendant Maris Collective Properties, LLC" (ECF No. 26) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: August 3, 2022, Honolulu, Hawaii.

Helen Gillmor
United States District Judge

Lāna'i Resorts, LLC v. Maris Collective, Inc., et al., Civil No. 21-00401 HG KJM; **Order Adopting Magistrate Judge's Amended Findings and Recommendation to Deny Plaintiff's Motion for Default Judgment Against Defendant Maris Collective Properties, LLC (ECF No. 26)**